IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE JAMES SHOULDERS,

      Petitioner,             No. CIV S-06-0253 MCE KJM P

      vs.

CALIFORNIA CORRECTIONAL
CENTER, et al.,

      Respondents.            FINDINGS & RECOMMENDATIONS

                        /

        By an order filed April 26, 2006, petitioner was ordered to file an application to proceed in forma pauperis or pay the filing fee for this action within thirty days.  Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and petitioner has not complied with the court's April 26, 2006 order.[1]  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

/////

---

[1] On July 18, 2006, petitioner submitted a letter in which petitioner asserts that he sent the filing fee to the court before the court issued the April 26, 2006 order.  However, petitioner has not provided a copy of receipt confirming payment or other documentation showing that payment was sent, and the court's docket does not reflect that petitioner, at any time, submitted the filing fee for this action.

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, petitioner may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).
8 DATED: August 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
shou0253.fff